# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert A. Bennett<br>Brenda L. Bennett<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 14-12402 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Fay Servicing, LLC as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Rebecca A. Solarz, Esq**
                                                  Rebecca A Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322