United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-12402-elf
Robert A. Bennett                                               Chapter 13
Brenda L Bennett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Robert A. Bennett,    Brenda L Bennett,   4044 Teesdale Street,    Philadelphia, PA 19136-3919
cr             +Beneficial Consumer Discount Company,    14841 Dallas Pkwy #300,    Dallas, TX 75254-7883
cr             +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
cr              Fay Servicing, LLC,    PO Box 814609,   Dallas, TX 75381-4609
cr              LSF9 Master Participation Trust,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
13274192       +Beneficial/HFC,    P.O. Box 9068,   Brandon, FL 33509-9068
14314436       +Citibank N.A. as Trustee CMLTI,    Rebecca A Solarz, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14244623       +Citibank, N.A., as trustee for CMLTI Asset Trust,    Fay Servicing, LLC,    PO Box 814609,
                 Dallas TX 75381-4609
13274196       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13362577       +HSBC MORTGAGE SERVICES, INC.,    P.O. BOX 21188,   EAGAN, MINNESOTA 55121-0188
13663732        LSF9 Master Participation Trust,    13801 Wireless Way,   Oklahoma City, Oklahoma 73134-2500
13390465       +Sadek and Cooper,    1315 Walnut Street,   Suite 302,   Philadelphia, PA 19107-4705
13274199       +Trumark Federal Credit Union,    1000 Northbrook Drive,   Trevose, PA 19053-8430
13274200       +Trumark Financial Credit Union,    1000 Northbrook Dr,   Trevose, PA 19053-8430
13285246        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13274201       +Wells Fargo Dealer Services,    P.O. Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:16
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 03:58:22      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
13274191       +E-mail/Text: broman@amhfcu.org Sep 18 2019 03:49:36      American Heritage Federal Credit Union,
                 2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13274193        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:32      Capital One,
                 P.O. Box 85520,   Richmond, VA 23285
13384599        E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:16      City of Philadelphia,
                 Law Department - Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13274194       +E-mail/Text: cst.bankruptcy@chase.com Sep 18 2019 03:50:47      Chase,   P.O. Box 7013,
                 Indianapolis, IN 46207-7013
13274195       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2019 04:00:54      Credit One Bank NA,
                 P.O. Box 98875,   Las Vegas, NV 89193-8875
13383994        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:58:41
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13382933        E-mail/Text: bkr@cardworks.com Sep 18 2019 03:46:57      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13274197       +E-mail/Text: bkr@cardworks.com Sep 18 2019 03:46:57      Merrick Bank,   P.O.Box 9201,
                 Old Bethpage, NY 11804-9001
13355709        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:59:29
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13325348       +E-mail/Text: csidl@sbcglobal.net Sep 18 2019 03:49:49      Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13329172        E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 04:00:31      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,   EVANSVILLE, IN 47731
13274198        E-mail/PDF: cbp@onemainfinancial.com Sep 18 2019 04:00:32      Springleaf Financial,
                 6418 Sackett St,   Philadelphia, PA 19149
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14108091*     ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
               (address filed with court: SpringLeaf Financial Services,   PO Box 3251,
                 Evansville, IN 47731)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Brenda L Bennett brad@sadeklaw.com, bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Robert A. Bennett brad@sadeklaw.com, bradsadek@gmail.com
              KARINA VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   LSF9 Master Participation Trust
               Pacer@squirelaw.com, rmklinelaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert A. Bennett and Brenda L Bennett

        Debtor(s)                    Bankruptcy No: 14−12402−elf

                                  Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                     Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 9/17/19

                                                                                                           55 − 54
                                                                                                  Form 138_new