Certificate Number: 03088-PAE-DE-033538500

Bankruptcy Case Number: 14-12402



03088-PAE-DE-033538500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2019,</u> at <u>8:25</u> o'clock <u>PM CDT</u>, <u>Brenda L Bennett</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 10, 2019</u>    By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>