United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12402-elf
Robert A. Bennett                                                         Chapter 13
Brenda L Bennett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 3180W        Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db/jdb          +Robert A. Bennett,   Brenda L Bennett,   4044 Teesdale Street,   Philadelphia, PA 19136-3919
14244623        +Citibank, N.A., as trustee for CMLTI Asset Trust,   Fay Servicing, LLC,   PO Box 814609,
                 Dallas TX 75381-4609
13390465        +Sadek and Cooper,   1315 Walnut Street,   Suite 302,   Philadelphia, PA 19107-4705
13274200        +Trumark Financial Credit Union,   1000 Northbrook Dr,   Trevose, PA 19053-8430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 26 2019 03:40:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2019 03:39:42
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2019 03:39:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13274191        +E-mail/Text: broman@amhfcu.org Oct 26 2019 03:39:47     American Heritage Federal Credit Union,
                 2060 Red Lion Rd,   Philadelphia, PA 19115-1699
13384599         E-mail/Text: megan.harper@phila.gov Oct 26 2019 03:40:05     City of Philadelphia,
                 Law Department - Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13383994         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2019 03:33:16
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13382933         E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 26 2019 03:34:23     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13355709         EDI: PRA.COM Oct 26 2019 07:18:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
13325348        +E-mail/Text: csidl@sbcglobal.net Oct 26 2019 03:39:51     Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13329172         EDI: AGFINANCE.COM Oct 26 2019 07:18:00     SPRINGLEAF FINANCIAL SERVICES,   PO BOX 3251,
                 EVANSVILLE, IN 47731
13285246         EDI: WFFC.COM Oct 26 2019 07:18:00     Wells Fargo Bank, N.A.,   P.O. Box 19657,
                 Irvine, CA 92623-9657
                                                                                      TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Brenda L Bennett brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Robert A. Bennett brad@sadeklaw.com,  bradsadek@gmail.com
              KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               mshavel@hillwallack.com,  lharkins@hillwallack.com;jrydzewski@HillWallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   LSF9 Master Participation Trust
               Pacer@squirelaw.com,  rmklinelaw@aol.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: admin              Page 2 of 2               Date Rcvd: Oct 25, 2019
                             Form ID: 3180W           Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert A. Bennett** | Social Security number or ITIN   **xxx–xx–8736** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brenda L Bennett** | Social Security number or ITIN   **xxx–xx–1140** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **14–12402–elf** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert A. Bennett

Brenda L Bennett

<u>10/24/19</u>

**By the court:**    <u>Eric L. Frank</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---