# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Robert A. Bennett**<br>**and**<br>**Brenda L. Bennett**<br>    Debtors | CHAPTER 13<br><br>CASE NO.: 14-12402-elf<br><br>HEARING DATE: October 29, 2019<br>TIME: 9:30 AM<br>LOCATION: COURTROOM 1 |

## ORDER FOR RELIEF

AND NOW, this __29th__ day of __October__, 2019, upon the Motion of CitiBank, N.A., as trustee for CMLTI Asset Trust ("Movant") for relief from the Automatic Stay, and the chapter 13 plan having been confirmed and completed, and a chapter 13 discharge having been entered, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** as **MOOT**. See 11 U.S.C. §362(c)(1), (2).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{Y0602217; 1}