United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert A. Bennett
Brenda L Bennett
    Debtors

Case No. 14-12402-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Oct 29, 2019
                       Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.
```
db/jdb         +Robert A. Bennett,    Brenda L Bennett,    4044 Teesdale Street,    Philadelphia, PA 19136-3919
cr             +Beneficial Consumer Discount Company,    14841 Dallas Pkwy #300,    Dallas, TX 75254-7883
cr             +Citibank, N.A., as trustee for CMLTI Asset Trust,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK  73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: cbp@onemainfinancial.com Oct 30 2019 03:37:28      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
                                                                                               TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Robert A. Bennett brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Brenda L Bennett brad@sadeklaw.com,    bradsadek@gmail.com
              KARINA VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               mshavel@hillwallack.com,    lharkins@hillwallack.com;jrydzewski@HillWallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   LSF9 Master Participation Trust
               Pacer@squirelaw.com,    rmklinelaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Robert A. Bennett**<br>**and**<br>**Brenda L. Bennett**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 14-12402-elf<br><br>HEARING DATE: October 29, 2019<br>TIME: 9:30 AM<br>LOCATION: COURTROOM 1 |

**ORDER FOR RELIEF**

AND NOW, this  29th  day of  October , 2019, upon the Motion of CitiBank, N.A., as trustee for CMLTI Asset Trust ("Movant") for relief from the Automatic Stay, and the chapter 13 plan having been confirmed and completed, and a chapter 13 discharge having been entered, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** as **MOOT**.  See 11 U.S.C. §362(c)(1), (2).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{Y0602217; 1}