United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert A. Bennett
Brenda L Bennett
    Debtors

Case No. 14-12402-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa        Page 1 of 1        Date Rcvd: Oct 30, 2019
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db/jdb        +Robert A. Bennett,   Brenda L Bennett,   4044 Teesdale Street,   Philadelphia, PA 19136-3919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
        BRAD J. SADEK   on behalf of Debtor Robert A. Bennett brad@sadeklaw.com, bradsadek@gmail.com
        BRAD J. SADEK   on behalf of Joint Debtor Brenda L Bennett brad@sadeklaw.com, bradsadek@gmail.com
        KARINA VELTER   on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services   amps@manleydeas.com
        MICHAEL J. SHAVEL   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust   mshavel@hillwallack.com, lharkins@hillwallack.com;jrydzewski@HillWallack.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust   bkgroup@kmllawgroup.com
        ROBERT MICHAEL KLINE   on behalf of Creditor   LSF9 Master Participation Trust   Pacer@squirelaw.com, rmklinelaw@aol.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Robert A. Bennett and Brenda L Bennett                                 : Case No. 14–12402–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Judge , United States Bankruptcy Court

69
Form 195